UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re:  **JUDGE JOHN P. GUSTAFSON**

Robert Austin

              Debtor(s)        Case No. 25-30399

**Sylvania Township**

                                            **Adversary Proceeding No. 25-3021**

Plaintiff(s),

v.

**Robert Austin**

Defendant(s).

## SUMMONS AND NOTICE OF PRE-TRIAL CONFERENCE

To the above-named defendant(s):

    You are summoned and required to serve upon **John Borell,** plaintiff(s)' attorney, whose address is **700 Adams Street, Suite 250, Toledo, OH 43624** either a motion or an answer to the attached complaint that is now served upon you. If you elect to respond first by motion, Bankruptcy Rule 7012 governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney within 30 days after the date of issuance of this summons, except that the United States or an office or agency thereof shall file a motion or answer within 35 days.

    The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

    You are hereby notified that a Pre-Trial Conference with respect to this Complaint has been set at the following time and place: **Tuesday, July 29, 2025, at 2:00 p.m., in Courtroom No. 2, United States Bankruptcy Court, 405 Madison Avenue, Toledo, Ohio.**

| | |
|---|---|
| **Attendance at pre-trial at the time stated above is required unless parties are notified to the contrary by court staff. Parties may participate by telephone by calling the court's conference line (419-718-0655; access code 97661245#) no less than 5 minutes prior to the scheduled hearing** |       /s/ Josiah C. Sell      , <br> *Clerk of the Bankruptcy Court* <br><br> By:     /s/ Melinda Hutton    , <br> *Deputy Clerk* |

Date of issuance:     June 13, 2025

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

☐      Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐      Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐      Residence Service: By leaving the process with the following adult at:

☐      Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐      Publication: The defendant was served as follows: [Describe briefly]

☐      State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____       Signature _____

     Print Name: _____

     Business Address: _____

     _____