IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **In Re: Robert Austin,** | ) |
| | ) Case Number: 25-30399-JPG |
| Debtor. | ) |
| | ) Chapter 13 |
| **Sylvania Township, Ohio** | ) |
| | ) Adv. Pro. Number: 25-03021 |
| Plaintiff, | ) |
| vs. | ) Judge: John P. Gustafson |
| | ) |
| **Robert Austin** | ) |
| | ) |
| Defendant. | ) |

NOTICE OF ENTRY OF APPEARANCE

Attorney Misty Wood herby files an entry of appearance on behalf of the Debtor, Robert Austin, in this adversary proceeding. Attorney Misty Wood will be the attorney of record for all proceedings in this case. Please send copies of all notices to mawood@shinaverlaw.com.

1

Respectfully Submitted,

_____
Misty Wood
OH-0095249: MI-P81167
Shinaver Law Office, LLC
3200 Woodville Rd., Suite A
Northwood, OH 43619
Phone: 567-318-4465
Fax: 567-343-5262
mawood@shinaverlaw.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Electronic Filing (CM/ECF) on July 15, 2025 to all counsel or parties of record on the service list below.

## SERVICE LIST

**Sylvania Township, Ohio**
c/o Lucas County, Ohio, Assistant Prosecuting Attorney Suzanne Cotner Mandros
One Government, Center, Suite 500
Toledo, Ohio 43604
Office: (419) 213-2145
Facsimile: (419) 213-4070
Email: scmandros@hotmail.com

Respectfully Submitted,

_____
Misty Wood
OH-0095249: MI-P81167