UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Robert Austin | Case No. 25-30399 JPG |
| Debtor(s) | Chapter 13 |
| Sylvania Township, Ohio | Adversary Pro. Number 25-03021 |
| Plaintiff | Judge John P. Gustafson |
| vs. | NOTICE OF MAILING TO CORRECTED ADDRESS ON CERTIFICATE OF SERVICE |
| Robert Austin | |
| Defendant | Julia R. Bates<br>Prosecuting Attorney<br>By: Suzanne Cotner Mandros<br>Assistant Prosecuting Attorney<br>One Government Center<br>Suite 500<br>Toledo, Ohio 43604<br>Telephone: (419) 213-2145<br>Fax: (419)213-4070<br>Registration No. 0002157<br>smandro@co.lucas.oh.us<br>scmandross@hotmail.com |

    Now comes the attorney for Plaintiff, Sylvania Township and states that she prepared her Memorandum in Opposition to Debtor's Motion to Dismiss the Complaint with a Certificate of Service utilizing the debtor's address found on the initial 341 Notice provided by the debtor. Prior to mailing that, however, it was discovered that the debtor's address was incorrect on that

initial notice, so it was corrected before mailing (but after the electronic pleading submission). Accordingly, counsel is hereby submitting a Notice of mailing of Memorandum in Opposition to Debtor's Motion to Dismiss to the debtor at his corrected address as shown in the Certificate of Service below.

                                        Respectfully submitted,

                                        /s/ Suzanne C. Mandros
                                        Assistant Lucas County Prosecuting Attorney

CERTIFICATE OF SERVICE

I certify that on July 28, 2025, a true and correct copy of the foregoing Memorandum in Opposition to Debtor's Motion to Dismiss was served by Electronic Case Filing System on these entities and individuals who are on the Court's Electronic Mail Notice list:

Joseph Sobecki, Esq. Attorney for Debtor at joseph@josephsobecki.com

Misty Wood, Esq. Attorney for Debtor at bankruptcy@shinaverlaw.com

And by regular U.S. Mail postage prepaid on

Robert Austin

6546 Carrietown Lane

Toledo, OH 43615

                                        By: */s/ Suzanne Mandros*
                                            Assistant Prosecuting Attorney
                                            Lucas County Prosecutor's Office
                                            One Government Center, Suite 500
                                            Toledo, Ohio 43604
                                            (419) 213-2145
                                            Email: smandro@co.lucas.oh.us
                                            Attorney for Plaintiff Sylvania Township